IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
    GLADYS A. COX

        Debtor(s)

    Ronda J. Winnecour
            Movant
        vs.
    No Repondents.

Case No.:14-23758 JAD

Chapter 13

Document No.: 45

FILED
11/6/19 12:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this ___6th___ day of ___November___, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

jsf

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gladys A. Cox  
    Debtor

Case No. 14-23758-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dpas      Page 1 of 2      Date Rcvd: Nov 06, 2019  
                       Form ID: pdf900    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.

```
db              +Gladys A. Cox,    1240 Stanford Court,    Coraopolis, PA 15108-4061
13923028        +AARP Chase Credit Card,    P.O. Box 15123,    Wilmington, DE 19850-5123
13923029        +Accredo,    13258 Collections Center Drive,    Chicago, IL 60693-0132
13923030        +Amazon Chase Credit Card,    P.O. Box 15153,    Wilmington, DE 19886-5153
13923031        +American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
13964664         American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13923032       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     P.O. Box 15019,    Wilmington, DE 19886)
13942128        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13962367         Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13952999        +Citizens Auto Finance Inc.,    443 Jefferson Boulevard RJW-135,    Warwick, RI 02886-1321
13923036        +Ohio Valley General Hospital,    P.O. Box 72584,    Cleveland, OH 44192-0002
13925307        +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13923038        +PNC Bank,    P.O. Box 747032,    Pittsburgh, PA 15274-7032
13923039        +PNC Bank Visa,    P.O. Box 856177,    Louisville, KY 40285-6177
13923037         Pay Pal Credit,    P.O. Box 15658,    Atlanta, GA 30348
13923040        +RBS Citizens,    P.O. Box 7000,    Providence, RI 02940-7000
13923041        +Sears Mastercard,    P.O. Box 183082,    Columbus, OH 43218-3082
13963535        +Township of Kennedy/Montour SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                  Pittsburgh, PA 15219-6101
13923043        +US Airways Mastercard,    P.O. Box 13337,    Philadelphia, PA 19101-3337
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr               E-mail/PDF: rmscedi@recoverycorp.com Nov 07 2019 03:50:41
                  Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                  Miami, FL  33131-1605
13970257        +E-mail/Text: bncmail@w-legal.com Nov 07 2019 03:52:50        CERASTES, LLC,
                  C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13923034         E-mail/Text: cio.bncmail@irs.gov Nov 07 2019 03:51:52       Internal Revenue Service***,
                  PO Box 7346,    Philadelphia, PA 19101-7346
13923035        +E-mail/Text: bncnotices@becket-lee.com Nov 07 2019 03:51:47       Kohl’s,    P. O. Box 2983,
                  Milwaukee, WI 53201-2983
13978594         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2019 03:49:44
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13960361         E-mail/Text: bnc-quantum@quantum3group.com Nov 07 2019 03:52:04
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13944977         E-mail/PDF: rmscedi@recoverycorp.com Nov 07 2019 03:49:45
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13923042        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 07 2019 03:52:01       Talbots,    P.O. Box 659617,
                  San Antonio, TX 78265-9617
13923044        +E-mail/Text: bankruptcydept@wyn.com Nov 07 2019 03:53:01       Wyndham,    P.O. Box 98940,
                  Las Vegas, NV 89193-8940
                                                                                               TOTAL: 9
```

```
           ***** BYPASSED RECIPIENTS   (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Montour School District
cr              PNC BANK NATIONAL     ASSOCIATION
cr              Township of Kennedy
13923033      ##+Ford Service Card,    P.O. Box 183015,    Columbus, OH 43218-3015
                                                                                 TOTALS: 4, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: dpas            Page 2 of 2          Date Rcvd: Nov 06, 2019
                              Form ID: pdf900       Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Kennedy jhunt@grblaw.com,
               cnoroski@grblaw.com
              Lauren M. Lamb    on behalf of Debtor Gladys A. Cox
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```